## McDONALD'S CORPORATION, Plaintiff–Appellee,

v.

## Dat DO, Defendant–Appellant.

### No. 01–1766.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Dat Do, pro se.

David Harold Dickieson, Buchanan Ingersoll, P.C., Washington, DC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Dat Do appeals from the district court's order granting McDonald's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *McDonald's Corp. v. Do,* No. CA–00–1592–A (E.D. Va. filed Apr. 30, 2001; entered May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*